William A. Tobias, Respondent, v. Ralph O. Dale, Defendant, Impleaded with Theodore Friedeberg, Appellant.— Order affirmed, with ten dollars costs

and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAUL SINGER, Appellant, v. JOSEPH MAGNIN Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.